# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael K. Williams,<br><br>    Plaintiff<br>v.<br><br>Daniel Bunin, et al.,<br><br>    Defendants | Case No. 2:18-cv-01059-JAD-GWF<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 4] |

Pro se plaintiff Michael K. Williams filed this action against his criminal-defense attorney and the Clerks of the Eighth Judicial District court, alleging that counsel's ineffective assistance violated his constitutional rights and the rules of professional conduct, and that the court clerks failed to do their jobs.[1] Because he applied to proceed *in forma pauperis*, his complaint was screened as 28 U.S.C. § 1915 requires, and the magistrate judge recommends that I dismiss this case in its entirety because Williams has failed to state a colorable claim for relief.[2] The deadline for objections to that recommendation was June 14, 2019, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

Accordingly, IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 4] is ADOPTED** in full; and **this action is DISMISSED** for failure to state a claim;

---

[1] ECF No. 5.

[2] ECF No. 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED that the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: June 17, 2019

_____
U.S. District Judge Jennifer A. Dorsey